**Sharon Cassiani, Plaintiff-Appellant, v. Michael Rogers, Defendant-Appellee.**

Gen. No. 68–66. 

Third District.
March 26, 1969.

Winstein & Kavensky, of Rock Island, for appellant; Charles Ferguson, of Rock Island, for appellee. Opinion by JUSTICE RYAN. **Not to be published in full.**